# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY <br> *Plaintiff(s)* <br> v. <br> U.S. FISH AND WILDLIFE SERVICE; BRIAN NESVIK, in his official capacity as Director of the U.S. Fish & Wildlife Service; and DOUG BURGUM, in his official capacity as Secretary of the Interior <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:25-cv-02125-LK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOUG BURGUM, Secretary of the Interior
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sarah Uhlemann
Center for Biological Diversity
120 State Avenue NE #268
Olympia, WA 98501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/31/2025 _____
  *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY <br> *Plaintiff(s)* <br> v. <br> U.S. FISH AND WILDLIFE SERVICE; BRIAN NESVIK, in his official capacity as Director of the U.S. Fish & Wildlife Service; and DOUG BURGUM, in his official capacity as Secretary of the Interior <br> *Defendant(s)* | Civil Action No. 2:25-cv-02125-LK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. FISH AND WILDLIFE SERVICE
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Sarah Uhlemann
Center for Biological Diversity
120 State Avenue NE #268
Olympia, WA 98501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/31/2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY <br> *Plaintiff(s)* <br> v. <br> U.S. FISH AND WILDLIFE SERVICE; BRIAN NESVIK, in his official capacity as Director of the U.S. Fish & Wildlife Service; and DOUG BURGUM, in his official capacity as Secretary of the Interior <br> *Defendant(s)* | Civil Action No. 2:25-cv-02125-LK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRIAN NESVIK, Director
U.S. Fish & Wildlife Service
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah Uhlemann
Center for Biological Diversity
120 State Avenue NE #268
Olympia, WA 98501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/31/2025                                            *M. Guilleba...*
                                                            Signature of Clerk or Deputy Clerk